ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C
301 E. Colorado Blvd, Suite 514
Pasadena, California 91101
Telephone: (626) 793-8607
Facsimile: (626) 793-7293
Email: adrianos@facchettilaw.com

AARON SCHUR, ESQ. (S.B.N. 229566)
YELP INC.
140 New Montgomery Street
San Francisco, CA 94105
Telephone: (415) 908-3801
Facsimile: (415) 615-0809
Email: aschur@yelp.com

Attorneys for Defendant
YELP INC.

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF
CALIFORNIA

| | |
|---|---|
| LILY JEUNG, AMY SAYERS, and DARREN WALCHESKY, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>YELP INC.,<br><br>Defendant. | CASE NO. 2:14-CV-06223-FMO-AS(x)<br><br>DEFENDANT YELP INC'S REQUEST UNDER LOCAL RULE 83-9.2 FOR DECISION RE: MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) AND MOTION FOR IMMEDIATE STAY PENDING DECISION ON TRANSFER MOTION<br><br>Judge: Hon. Fernando M. Olguin |

**TO THE HONORABLE FERNANDO M. OLGUIN AND TO CHIEF JUDGE GEORGE H. KING:**

Defendant Yelp, Inc.'s Motion to Transfer Under 28 U.S.C. §1404 and Motion for Immediate Stay Pending Decision on Transfer ("Motion") has been under submission since November 26, 2014 within the meaning of Local Rule 83-9.1.1(a)(ii).

Therefore, pursuant to Local Rule 83-9.2, counsel for Defendant Yelp Inc. hereby submits this request that the Court's decision on the Motion be made without further delay.

Dated: April 1, 2015        LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

>                    By: /s/ Adrianos Facchetti
>                        Adrianos Facchetti
>                        Attorneys for Defendant YELP INC.

## (PROOF OF SERVICE – 1013A(3), 2015.5 CCP)

STATE OF CALIFORNIA       )
                          )  SS.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 E. Colorado Blvd, Suite 514., Pasadena, CA 91101.

On April 1, 2015 I served the foregoing document(s) described as DEFENDANT YELP INC'S REQUEST UNDER LOCAL RULE 83-9.2 FOR DECISION RE: MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) AND MOTION FOR IMMEDIATE STAY PENDING DECISION ON TRANSFER MOTION on the interested parties in this matter by placing __X__ a true copy ___ the original thereof enclosed in a sealed envelope addressed as follows:

*Attorney for Plaintiffs*
Daniel A. Bernath, Esq.
10335 SW Hoodview Drive
Tigard, OR 97224
Email- ussyorktowncvs10@yahoo.com

(BY MAIL) __X__ I placed a true copy of the foregoing document(s) in a sealed envelope addressed to each interested party as set forth above. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service made pursuant to CCP § 1013(a) should be presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

(FEDERAL) __X__ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 1, 2015 at Pasadena, CA.

*Reagan Hyland*
Reagan Hyland

DEFENDANT YELP INC'S REQUEST UNDER LOCAL RULE 83-9.2