ADRIANOS FACCHETTI, ESQ. (S.B.N. 243213)
LAW OFFICES OF ADRIANOS FACCHETTI, P.C.
301 E. Colorado Blvd, Suite 514
Pasadena, California 91101
Telephone:    (626) 793-8607
Facsimile:    (626) 793-7293
Email:    adrianos@facchettilaw.com

AARON SCHUR, ESQ. (S.B.N. 229566)
YELP INC.
140 New Montgomery Street
San Francisco, CA 94105
Telephone:  (415) 908-3801
Facsimile:   (415) 615-0809
Email:    aschur@yelp.com

Attorneys for Defendant
YELP INC.

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY JEUNG, AMY SAYERS, and DARREN WALCHESKY, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>YELP INC.,<br><br>    Defendant. | CASE NO. 3:15-CV-02228-RS<br><br>OBJECTIONS TO DECLARATION OF DANIEL A. BERNATH IN REPLY TO YELP'S OPPOSITION TO MOTION FOR PRELIMINARY CERTIFICATION<br><br>Date: July 9, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 3, Floor 17<br>Judge: Hon. Richard Seeborg |

1   Pursuant to Civil Local Rule 7-3(d)(1), defendant Yelp Inc. hereby objects to the
2   "Declaration of Daniel A. Bernath, lawyer for Plaintiffs in Reply to Yelp's Opposition to Motion
3   Preliminary Certification." Dkt. No. 76.[1]

4   As a preliminary matter, the declaration should be stricken because it does not meet the
5   requirements of Local Rule 7-5(b) ("[D]eclarations may contain only facts, must conform as
6   much as possible to the requirements of Fed. R. Civ. P. 56(e), and must avoid conclusions and
7   argument. Any statement made upon information or belief must specify the basis therefor.").

8   Additionally, paragraphs one through four, which attempt to establish that Mr.
9   Walchesky signed his declaration, is lacking in foundation and is otherwise argumentative. There
10  is no foundation for Mr. Bernath's statement that he "saw" Mr. Walchesky sign the declaration,
11  nor is there any statement from Mr. Walchesky that he did so.

12  Paragraphs five through eight are also lacking in foundation and are argumentative. There
13  is no foundation for Mr. Bernath's description of the state bar proceedings and other statements
14  he makes.

15  The remainder of Mr. Bernath's declaration is argumentative and violates Local Rule 7-
16  5(b).

18  DATED:  June 26, 2015          LAW OFFICES OF ADRIANOS FACCHETTI, P.C.

20                                  By:   /s/ Adrianos Facchetti
                                          Attorneys for Defendant,
21                                        YELP INC.

---

[1] Plaintiffs also filed a declaration (Dkt. No. 77), which they have associated through the ECF system with their re-noticed motions for collective certification and for sanctions. Review of this document, however, shows that it is instead plainly intended to support Plaintiffs' later-filed *ex parte* requests (Dkt. No. 78). Yelp, therefore, shall address this declaration in its response to those requests.