UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LILY JEUNG, et al.,

    Plaintiffs,

v.

YELP INC.,

    Defendant.

Case No. 15-cv-02228-RS

**ORDER DISMISSING ACTION**

On August 13, 2015, plaintiffs' complaint was dismissed, with leave to amend. Any amended complaint was to have been filed within 20 days. Shortly after the dismissal, plaintiffs' counsel assumed inactive status with the California State Bar, apparently voluntarily. According to information available on the Bar's website, counsel has more recently been "ordered inactive." Plaintiffs have filed no substitution of counsel, no amended complaint, and no response to a motion to dismiss brought by defendant on grounds that no timely amended complaint had been filed. Under these circumstances, it appears the action has been abandoned. Good cause appearing, the case is hereby dismissed.

**IT IS SO ORDERED**.

Dated: September 29, 2015

_____
RICHARD SEEBORG
United States District Judge